UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BARKOVIC,

        Plaintiff,

v.

        Case Number 17-10281
        Honorable David M. Lawson

ATTORNEY GRIEVANCE COMMISSION,
ALAN GERSHEL, ROBERT EDICK,
KIMBERLY UHURU, RUTHANN STEVENS,
JOHN DOE, STATE BAR OF MICHIGAN,
CLIFFORD FLOOD, JANE DOE, DAWN
EVANS, JOHN VAN BOLT, MARK
ARMITAGE, MARILYN KELLY, MICHAEL F.
CAVANAGH, MAURA D. CORRIGAN,
ROBERT P. YOUNG, JR., STEPHEN J.
MARKMAN, DIANE M. HATHAWAY, BRIAN
ZAHARA, BRIDGET MARY MCCORMACK,
DAVID VIVIANO, RICHARD BERNSTEIN,
and JOAN LARSEN,

        Defendants,
_____/

## JUDGMENT

In accordance with the opinion and order granting the defendants' motions to dismiss entered on this date,

It is **ORDERED AND ADJUDGED** that the amended complaint is **DISMISSED WITH PREJUDICE**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: December 22, 2017

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 22, 2017.

s/Susan Pinkowski
SUSAN PINKOWSKI